1  BENJAMIN B. WAGNER
   United States Attorney
2  EDWARD A. BAKER
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
   Attorneys for Plaintiff
6  United States of America

7

8                    IN THE UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, STATE OF      | CASE NO. 2:14-cv-2570 GEB CKD
   | CALIFORNIA, *ex rel*., ROGER LEMAUX,    |
12 |                                         | ORDER ON UNITED STATES' NOTICE OF
   |              Plaintiffs,                | ELECTION TO DECLINE INTERVENTION
13 |                                         |
   | -vs-                                    |
14 |                                         |
   | MAGNUM EQUIPMENT, INC.; N & S TRACTOR   |
15 | CO., DEL MAR FARMS; W FARMS; LEE DELDON;|
   | JOHN MARING; and ROBERT WILLIAMS,       |
16 |                                         |
   |              Defendants.                |
17

18

19    The United States and State of California having declined to intervene in this action pursuant,

20 respectively, to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), and the California False Claims Act,

21 California Government Code § 12652(c)(6)(B), the Court rules as follows:

22    1.  The Complaint be unsealed and served upon the Defendants by the relator;

23    2.  All other contents of the Court's file in this action remain under seal and not be made public

24 or served upon the Defendants, except for this Order, the United States' Notice of Election to Decline

25 Intervention, and the State of California's Notice of Declination, which the relator will serve upon the

26 Defendants only after service of the Complaint;

27    3.  The seal be lifted as to all other matters occurring in this action after the date of this Order;

28

ORDER ON U.S. NOTICE OF ELECTION TO DECLINE      1
INTERVENTION

  4. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States and the California Attorney General's Office ("CAGO"), as provided for, respectively, in 31 U.S.C. § 3730(c)(3) and Cal. Gov't Code § 12652(f)(1). The United States and the State of California may order any deposition transcripts and are entitled to intervene in this action, for good cause, at any time;

  5. The parties shall serve all notices of appeal, and any supporting documents and memoranda, upon the United States and the State of California;

  6. All orders of this Court shall be sent to the United States and CAGO; and that

  7. Should the relator or the Defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the United States and CAGO with notice and an opportunity to be heard before ruling or granting its approval.

  IT IS SO ORDERED.

Dated: October 5, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge